FILED IN CLERK'S OFFICE
U.S.D.C. Rome

SEP 30 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAMMY GARY CARROLL, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:10 CV- 163 |
| vs. | ) | -HLM |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, | ) | |
| LLC A/A/O Cavalry SPV I, LLC A/A/O | ) | |
| RIVERWALK HOLDINGS, LTD. A/A/O | ) | |
| CHASE BANK USA, N.A. as successor to | ) | |
| WASHINGTON MUTUAL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION**

**PRACTICES ACT, 15 U.S.C. § 1692 ET SEQ., AS AMENDED**

## I. INTRODUCTION

This is an action for actual and statutory damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., as amended, (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

Page 1

## II. JURISDICTION AND VENUE

Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, and pursuant to 28 U.S.C. § 1367 for pendent State Law Claims. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and the Defendant transacts business here.

## III. PARTIES

Plaintiff, Sammy Gary Carroll, is a natural person residing in the City of Taylorsville, Bartow County, State of Georgia, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

Defendant, Cavalry Portfolio Services, L.L.C., et. al., is a limited liability corporation and collection agency, organized under the laws of the State of New York, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). The Defendant's principal place of business and operation is located at 7 Skyline Drive, Hawthorne, New York 10532.

## IV. FACTUAL ALLEGATIONS

### (1)

The Defendant is engaged in the collection of debt allegedly owed to another.

### (2)

Defendant engages in the purchase or other acquisition of debt for the purpose of collection.

### (3)

Much of the debt acquired by Defendant is in long-term default and/or included in Bankruptcy proceedings.

### (4)

On or about March 22, 2010, Plaintiff jointly filed for protection from his individual and joint Creditors with his spouse, Wanda Sue Carroll, under Chapter 13 of the United State Bankruptcy Code, in the Northern District of Georgia, Rome Division. Their Bankruptcy case was assigned number 10-44137-MGD, and was confirmed on or about June 10, 2010.

(5)

Plaintiff and his spouse listed Creditor "Chase Bank USA, N.A." on "Schedule "F"" of their Voluntary Petition, as both "Chase" and "Chase-Bp," and also listed Creditor "Cavalry Portfolio Services, L.L.C.," as "Cavalry Portfolio Serv." The Clerk of the United States Bankruptcy Court served said Creditors via either United States Mail and/or Electronic Mail, on or about March 25, 2010, thereby giving them actual Notice that the Defendant and his spouse had filed Bankruptcy, and were represented by Counsel. Further, the debt evidenced by Chase's account was, upon information and belief, purchased by the Defendant, its subsidiaries, agents, assignees and/or other related entity for collections.

(6)

On or about June 16, 2010, the Defendant herein filed a civil lawsuit against the Plaintiff (hereinafter "Complaint on Contract"), in the Superior Court of Bartow County, for a credit card account owed to Washington Mutual Bank seeking $2,367.61 in principal, interest in the amount of $403.22, additional interest at the rate of 24.00% and reasonable attorneys' fees in the amount of $292.74. Chase Bank is the successor to Washington Mutual Bank. A true and exact copy of said "Complaint on Contract" is attached hereto as "Exhibit "A."

**(7)**

At all times relevant hereto, the Defendant had constructive and actual notice of the Plaintiff's Bankruptcy and his representation by counsel.

## V. CAUSE OF ACTION

Plaintiff repeats, re-alleges, and incorporates by reference hereto Paragraphs 1 through 7 above.

**(8)**

Defendant's harassing and repetitive actions engaging the Plaintiff constitute numerous and multiple violations of the FDCPA in that Defendant has attempted to collect a debt in contravention of the law; has made false and misleading statements regarding the debt; has intentionally interfered, physical or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff; has invaded and intruded upon Plaintiff's right to privacy; and has communicated with a consumer known by the Defendant to be represented by counsel. (See 15 U.S.C. § 1692b(2), 15 U.S.C. § 1692b(6), and 15 U.S.C. § 1692e(10), amongst others.)

## VI. SUMMARY

Plaintiff repeats, re-alleges, and incorporates by reference hereto Paragraphs 1 through 8 above.

**(9)**

As a result of the Defendant's illegal violations of the FDCPA, Plaintiff has and continues to suffer actual damages and emotional distress in the form of humiliation, anger, anxiety, fear, frustration, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

**(10)**

Defendant is liable to the Plaintiff for actual and statutory damages.

**(11)**

Defendant is liable to the Plaintiff for all attorneys' fees and costs associated with Defendant's violations of the FDCPA.

**WHEREFORE**, Plaintiff prays:

(a)  That this Complaint be filed, read and considered;

(b)  That this Court award Plaintiff actual damages pursuant to 15 U.S.C. § 1692(k)(a)(1) and for the emotional distress suffered as a result of the Defendant's willful violations of the FDCPA and invasions of privacy;

(c)  That this Court award Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692(k)(a)(2)(A);

(d)  That this Court award Plaintiff costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k)(a)(3); and

(e)  For such other and further relief as may be just and proper.

Respectfully submitted this 30th day of September, 2010.

**BERRY & ASSOCIATES**

Timothy H. Paschall
Georgia Bar Number: 565670
Attorney for Plaintiff

2751 Buford Highway, Suite 400
Atlanta, Georgia 30324
(404) 235-3300
Fax: (404) 235-3333
Tim@MattBerry.com